IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SHELDON ANDERSON ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-03507-SKC |
| ) | |
| KEY RENTERS HIGHLANDS RANCH, ) | |
| PINETTE PROPERTY MANAGMEENT, LLC ) | |
| DAN PINETTE, ) | |
| NICOLE PINETTE ) | |
|     Defendants. ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Sheldon Anderson ("Plaintiff") and Defendants, Key Renters Highlands Ranch, Pinette Property Management, LLC, Dan Pinette and Nicole Pinette ("Defendants"), hereby stipulate to the dismissal of all claims under the terms set forth in their settlement agreement, and they ask that the same be made an order of the Court.

Respectfully submitted this 7th day of April 2023.

**Frascona, Joiner, Goodman & Greenstein PC**

 /s/Jeffrey M. Glotzer
Jeffrey M. Glotzer #25335
4750 Table Mesa Drive
Boulder, Colorado 80305
T: (303) 494-3000
E-mail: jeff@frascona.com
*Attorney for Defendants*

 /s/ Sheldon Anderson
Sheldon Anderson, *Pro Se*
12662 East Warren Drive, #F
Aurora, Colorado 80014
T: (720) 473-1677
E-mail: sheldonanderson323@gmail.com